# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMERITINA DENTAL CRAIG LLC,

    Plaintiff,

v.

RAY AMERICA INC., *et al*.,

    Defendants.

Case No. 2:24-cv-01621-RFB-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by October 28, 2024.

    IT IS SO ORDERED.

    Dated: October 21, 2024

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge