1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
CAMI M. PERKINS
2 Nevada Bar No. 9149
Cami.Perkins@lewisbrisbois.com
3 NATHANIEL T. COLLINS
Nevada Bar No. 15027
4 Nathaniel.Collins@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
Telephone: 702.893.3383
6 Facsimile: 702.893.3789
*Attorneys for Ameritina Dental Craig LLC dba*
7 *Nevada Dentistry and Braces*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERITINA DENTAL CRAIG LLC dba NEVADA DENTISTRY AND BRACES, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>RAY AMERICA, INC., a Foreign Corporation; INFINITE DENTAL TECHNOLOGIES LLC, a Foreign Limited Liability Company; BRANDON BOMER, an individual; DOES I through X; and ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | Case No. 2:24-cv-01621-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br>**(FIRST REQUEST)** |
| RAY AMERICA INC., a Foreign Corporation,<br><br>Cross-Claimant,<br><br>vs.<br><br>INFINITE DENTAL TECHNOLOGIES LLC, a Foreign Limited Liability Company; BRANDON BOMER a/k/a Brandon Bomer, an individual; DOES I through X; and ROE CORPORATIONS I through X inclusive,<br><br>Cross-Defendants. | |

Plaintiff AMERITINA DENTAL CRAIG LLC dba NEVADA DENTISTRY AND BRACES ("Plaintiff" or "Ameritina"), by and through its counsel of record, Cami M. Perkins, Esq. and Nathaniel T. Collins, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP and Defendant RAY AMERICA, INC., by and through its counsel of record Jason Bach, Esq. of THE BACH LAW FIRM LLC, hereby stipulate and agree , subject to the Court's approval, as follows:

1. On April 1, 2025, Ray America filed its Motion for Summary Judgment (ECF #26).

2. On April 1, 2025, Plaintiff filed its Motion for Summary Judgment for All Claims Against Ray America, Inc., Pursuant to FRCP 56 (ECF #28).

3. On April 22, 2025, Ray America filed its Opposition to Plaintiff's Motion for Summary judgment (ECF #29).

4. Prior to April 22, 2025, when opposition briefs were due, lead counsel for Ameritina underwent hip replacement surgery which has involved a prolonged recovery and necessitates extending the current deadline for Plaintiffs' opposition to Ray America's Motion for Summary Judgment.

5. Counsel for the parties have met, discussed, and agreed to extend all briefing deadlines with respect to the mutual competing Motions for Summary Judgment.

6. Therefore the parties agree that Oppositions to the pending Motions for Summary Judgment shall be due on May 16, 2025.

7. Replies in support of the pending Motions for Summary Judgment shall be due on May 30, 2025.

///
///
///
///
///
///
///
///

The parties to this action are not making this request for the purpose of unduly delaying trial in this matter. This is the first stipulation for an extension of time for the Summary Judgment briefing schedule.

DATED this 7th day of May, 2025.                    DATED this 7th day of May, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH**                **THE BACH LAW FIRM, LLC**

/s/ Cami M. Perkins                                 /s/ Jason J. Bach
CAMI M. PERKINS, Esq.                               JASON J. BACH, Esq.
Nevada Bar No. 9149                                 Nevada Bar No. 7984
NATHANIEL T. COLLINS, Esq.                          7881 West Charleston, Suite 165
Nevada Bar No. 15027                                Las Vegas, Nevada 89117
6385 S. Rainbow Blvd, Suite 600                     *Attorney for Ray America, Inc.*
Las Vegas, Nevada 89118
*Attorney for Plaintiff
Ameritina Dental Craig LLC dba Nevada
Dentistry and Braces*

## ORDER

**IT IS SO ORDERED:**

Dated this __8__ day of ___May___, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE