AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

AMERITINA DENTAL CRAIG LLC dba
NEVADA DENTISTRY AND BRACES,
               Plaintiff,

    v.

INFINTE DENTAL TECHNOLOGIES
and BRANDON BOMER

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-01621-RFB-NJK

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff, against Defendants Infinite Dental Technologies and Brandon Bomer.

The Court award compensatory damages totaling $90,570.00, prejudgment interest totaling $9,282.42, attorneys' fees totaling $25,376.00, and punitive damages totaling $10,000.00.For a combined total of $135,228.42.


9/30/2025
_____
Date



DEBRA K. KEMPI
_____
Clerk


/s/ D. Reich-Smith
_____
Deputy Clerk